Argued June 23, affirmed June 23, 1972

## STATE OF OREGON, *Respondent, v.* CHARLES VERNON NICHOLS (No. 26309), *Appellant.*

497 P2d 1242

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.